AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Association of Administrative Law Judges | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-1026-ABJ |
| Federal Service Impasses Panel and Mark Anthony Ca | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Service Impasses Panel and Mark Anthony Carter in is official capacity as Chairman of FSIP   .

Date:    04/24/2020

/s/Rebecca J. Osborne
*Attorney's signature*

Rebecca J. Osborne (No bar number required)
*Printed name and bar number*
Deputy Solicitor
Federal Relations Authority
1400 K Street, NW
Washington, D.C. 20424

*Address*

rosborne@flra.gov
*E-mail address*

(202) 218-7986
*Telephone number*

(202) 343-1007
*FAX number*