AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Association of Administrative Law Judges ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01026 |
| Federal Service Impasses Panel, Mark Anthony Carter ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Service Impasses Panel, Mark Anthony Carter   .

Date:   04/27/2020

/s/ Noah Peters
*Attorney's signature*

Noah Peters, No. 1023748
*Printed name and bar number*
Solicitor
Federal Labor Relations Authority
1400 K Street N.W.
Washington, D.C. 20424

*Address*

npeters@flra.gov
*E-mail address*

(202) 218-7908
*Telephone number*

(202) 343-1007
*FAX number*