**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, <br> National Council of HUD Locals Council 222, AFL-CIO, <br> 451 7th St. SW, Washington D.C. 20410; <br>                 Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                 Defendants. | Civil Action No. 1:19-cv-1934(RJL) |
| NATIONAL VETERANS AFFAIRS COUNCIL, <br> 3441 Brandon Ave. SW, Roanoke, VA 24018; <br>                 Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                 Defendants. | Civil Action No. 1:20-cv-837(CJN) |
| NATIONAL LABOR RELATIONS BOARD PROFESSIONAL ASSOCIATION, <br> 13217 New Hampshire Avenue, P.O. Box 15048, <br> Silver Spring, MD 20904; <br>                 Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service | Civil Action No. 1:20-cv-888(ABJ) |

| | |
|---|---|
| Impasses Panel, | ) |
| 1400 K St. NW, Washington, D.C. 20424; | ) |
| and | ) |
| FEDERAL LABOR RELATIONS AUTHORITY, | ) |
| 1400 K St., NW, Washington, D.C. 20424; | ) |
| and | ) |
| National Labor Relations Board | ) |
| 1015 Half Street SE, Washington, D.C. 20570 | ) |
| Defendants. | ) |
| ASSOCIATION OF ADMINISTRATIVE | ) |
| LAW JUDGES, INTERNATIONAL | ) |
| FEDERATION OF PROFESSIONAL AND | ) |
| TECHNICAL ENGINEERS, AFL-CIO, | ) |
| 6218 Georgia Avenue, NW, Suite 1-447 | ) |
| Washington, D.C.  20011 | ) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL SERVICE IMPASSES PANEL, | ) |
| 1400 K St. NW, Washington, D.C. 20424; | ) Civil Action No. 1:20-cv-1026 (ABJ) |
| and | ) |
| MARK ANTHONY CARTER, | ) |
| In his official capacity as Chairman of the Federal Service | ) |
| Impasses Panel, | ) |
| 1400 K St. NW, Washington, D.C. 20424; | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO CONSOLIDATE CASES**

The Federal Labor Relations Authority (the "Authority"), Federal Service Impasses Panel (the "Panel"), Mark Anthony Carter in his official capacity as Chairman of the Panel (collectively the "FLRA") move, pursuant to Fed. R. Civ. P. 42(a), to consolidate the above-captioned interrelated cases so that this Court may efficiently adjudicate the common legal questions they present: 1) whether the District Court has jurisdiction to directly review Panel orders; and 2) whether the appointment of Panel members violates of the Appointments Clause of the United States Constitution.

The National Labor Relations Board ("NLRB") and intervenor Department of Housing and Urban Development ("HUD") (together with the FLRA, the "Defendants") join in this motion.

The four union plaintiffs (the American Federation of Government Employees, National Council of HUD Locals, Council 222, AFL-CIO, the National Veterans Affairs Council, the National Labor Relations Board Professional Association, and the Association of Administrative Law Judges, International Federation of Professional and Technical Engineers) oppose the motion.

Defendants respectfully request that this Court grant their Motion to Consolidate. The grounds for consolidating these cases is set forth in the accompanying statement of points of law and authorities.

Respectfully submitted,

/s/ Noah Peters
NOAH PETERS (#1023748)
Solicitor
REBECCA J. OSBORNE
Deputy Solicitor
SARAH C. BLACKADAR
Attorney
Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Telephone: (202) 218-7999
Facsimile: (202) 343-1007
Email: npeters@flra.gov

Dated: April 27, 2020