IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, *Plaintiff,*<br><br>v.<br><br>FEDERAL SERVICE IMPASSES PANEL, and MARK ANTHONY CARTER, in his official capacity as Chairman of the Federal Service Impasses Panel, *Defendants.* | Case No. 1:20-cv-01026-ABJ<br><br>The Honorable Amy Berman Jackson |

## JOINT PROPOSED BRIEFING SCHEDULE

As directed by this Court in its May 1, 2020 order, the parties jointly propose that the Court order the following briefing schedule on the Association's motion for summary judgment (ECF No. 8) and the Federal Service Impasses Panel's forthcoming motion to dismiss, under which the matter will be fully briefed by May 18:

**May 6:**  Defendants' motion to dismiss for lack of jurisdiction

**May 11:** Defendant's opposition to the plaintiff's motion for summary judgment and cross-motion for summary judgment

**May 11:** Plaintiff's response to the defendants' motion to dismiss

**May 14:** Defendants' reply in support of its motion to dismiss

**May 15:** Plaintiff's reply in support of its summary-judgment motion and cross-opposition to summary judgment

**May 18:** Defendants' cross-reply in support of summary judgment

The parties have consulted with the Social Security Administration, which has indicated that it would consent to filing briefs on the same schedule in the event that it seeks and is granted intervenor status.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Deepak Gupta* |
| MATTHEW W.H. WESSLER | DEEPAK GUPTA |
| (D.C. Bar No. 985241) | (D.C. Bar No. 495451) |
| GUPTA WESSLER PLLC | GUPTA WESSLER PLLC |
| 1035 Cambridge Street, Suite One | 1900 L Street, NW, Suite 312 |
| Cambridge, MA 02141 | Washington, DC 20036 |
| (617) 286-2392 | (202) 888-1741 |
| *matt@guptawessler.com* | *deepak@guptawessler.com* |
|  |  |
|  | NEIL K. SAWHNEY |
|  | GUPTA WESSLER PLLC (*pro hac vice*) |
|  | 100 Pine Street, Suite 1250 |
|  | San Francisco, CA 94111 |
|  | (415) 573-0336 |
|  | *neil@guptawessler.com* |
|  | *Counsel for Plaintiff* |
|  |  |
|  | */s/ Noah Peters* |
|  | NOAH PETERS (#1023748) |
|  | Solicitor |
|  | REBECCA J. OSBORNE |
|  | Deputy Solicitor |
|  | SARAH C. BLACKADAR |
|  | Attorney |
|  | Federal Labor Relations Authority |
|  | 1400 K Street, NW |
|  | Washington, D.C. 20424 |
|  | Phone: (202) 218-7908 |
|  | Fax: (202) 343-1007 |
|  |  |
|  | *Counsel for the Federal Service Impasses Panel and Chairman Mark Anthony Carter, in his official capacity* |
| Dated: May 3, 2020 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, *Plaintiff,* <br><br> v. <br><br> FEDERAL SERVICE IMPASSES PANEL, and MARK ANTHONY CARTER, in his official capacity as Chairman of the Federal Service Impasses Panel, *Defendants.* | Case No. 1:20-cv-01026-ABJ <br><br> The Honorable Amy Berman Jackson |

**[PROPOSED] ORDER**

Pursuant to its May 1, 2020 Order, the Court establishes the following schedule for the completion of the briefing in this case by May 18, 2020. Defendants' motion to dismiss for lack of jurisdiction will be due on May 6, 2020; plaintiff's opposition will be due on May 11, 2020; and any reply, which need not (and should not) repeat arguments set forth in the original motion, will be due on May 14, 2020.

In addition, defendants' opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment, supported by a single memorandum of points and authorities, will be due on May 11, 2020; and any reply, combined with the cross-opposition, which similarly should not repeat arguments set forth in the original motion, will be due on May 15, 2020, with any cross-reply due on May 18, 2020.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Amy Berman Jackson,
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: May __, 2020