**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Association of Administrative Law Judges, International Federation of Professional and Technical Engineers, AFL-CIO

Plaintiff

vs.   Case No.: 1:20-cv-01026-ABJ

Federal Service Impasses Panel, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Angela H. Croson, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint for Declaratory and Injunctive Relief

SERVE TO: Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: By mailing the documents listed herein to Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 05/05/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 4493. Service was signed for on 05/11/2020, return receipt attached.

I declare under penalty of perjury that this information is true.

05/13/2020
Executed On

Angela H. Croson

Client Ref Number: N/A
Job #: 1577564

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| Association of Administrative Law Judges, International Federation of Professional and Technical Engineers, AFL-CIO<br><br>*Plaintiff(s)*<br>v.<br>Federal Service Impasses Panel and Mark Anthony Carter<br><br>*Defendant(s)* | Civil Action No. 20-1026 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Deepak Gupta
1900 L St, NW, Suite 312
Washington DC, 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 05/04/2020

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                MAY 11 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7019 1120 0001 3834 4493

PS Form 3811, July 2013           Domestic Return Receipt