UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE, LAW JUDGES,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL SERVICE IMPASSES PANEL, e*t al.*,<br><br>    Defendants,<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Intervenor-Defendant. | Civil Action No. 1:20-cv-1026-ABJ |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Federal Service Impasses Panel and Chairman Mark Carter, along with Intervenor-Defendant Social Security Administration, respectfully notify the Court of the Second Circuit's recent decision in *Serv. Emps. Int'l Union Local 200 United v. Trump*, No. 19-4143-CV, 2020 WL 5542674 (2d Cir. Sept. 16, 2020) (per curiam) ("*SEIU*"), which is directly relevant to the jurisdictional arguments raised in their Motion to Dismiss, ECF No. 22.

The Second Circuit's per curiam decision in *SEIU* affirmed the Western District of New York's holding, cited on pages 3, 18 and 36 of the Motion to Dismiss, that the Federal Service Labor-Management Relations Statute's ("Statute") comprehensive review scheme channels all claims arising within its scope away from district court and instead through proceedings before the Authority and then a court of appeals. *Id.* at *2; *see Serv. Emps. Int'l Union Local 200 United v. Trump*, 1:19-cv-1073, 2019 WL 6710865 (Dec. 10, 2019). In that case, as in *AFGE v. Trump*, 929 F.3d 748 (D.C. Cir. 2019), unions challenged the President's 2018 Executive Orders concerning

federal labor-management relations. *See SEIU*, 2020 WL 5542674, at *1 The Western District of New York, giving close consideration to *AFGE v. Trump*'s assessment of the *Thunder Basin* factors while conducting an independent *Thunder Basin* analysis of its own, had concluded that the Statute precludes district court jurisdiction over the unions' claims and dismissed the case on that basis. *Serv. Emps. Int'l Union*, 2019 WL 6710865, at **9-11.

In its brief affirmance, the Second Circuit explained simply that "[a]fter an independent review of the record and relevant case law," the court "affirm[ed] for substantially the reasons set forth by the district court in its carefully reasoned December 10, 2019 decision and order." *Id.* at *2. It also pointed to the D.C. Circuit's recent "holding that the existence of administrative review by the Authority preclude[s] district court jurisdiction." *Id.* at *2 n.2 (citing *AFGE v. Trump*, 929 F.3d at 754).

A copy of the Second Circuit's *SEIU* decision is attached to this filing.

Dated: September 22, 2020                                    Respectfully submitted,


*/s/ Noah Peters*                                            JEFFREY BOSSERT CLARK
NOAH PETERS (#1023748)                                       Acting Assistant Attorney General
Solicitor
                                                             CHRISTOPHER R. HALL
REBECCA J. OSBORNE                                           Assistant Branch Director
Deputy Solicitor
                                                             */s/ Kyla M. Snow*
SARAH C. BLACKADAR                                           KYLA M. SNOW
Attorney                                                     Ohio Bar No. 96662
Federal Labor Relations Authority                            Trial Attorney
1400 K Street, NW                                            U.S. Department of Justice, Civil Division
Washington, D.C. 20424                                       Federal Programs Branch
Phone: (202) 218-7908                                        1100 L Street, NW
Fax: (202) 343-1007                                          Washington, D.C. 20005
*Counsel for the Federal Service Impasses Panel*             Email: kyla.snow@usdoj.gov
*and Chairman Carter*                                        Phone: (202) 514-3259
                                                             Fax: (202) 616-8460
                                                             *Counsel for the Social Security*
                                                             *Administration*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020 a copy of the foregoing Notice of Supplemental Authority was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Noah Peters*
NOAH PETERS
Solicitor, Federal Labor Relations Authority