UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF ADMINISTRATIVE,
LAW JUDGES,

     Plaintiff,

v.

FEDERAL SERVICE IMPASSES PANEL,
e*t al.*,

     Defendants,

SOCIAL SECURITY ADMINISTRATION,

     Intervenor-Defendant.

Civil Action No. 1:20-cv-1026-ABJ

## JOINT STATUS REPORT

Under this Court's February 9, 2021 Order, Plaintiff Association of Administrative Law Judges (AALJ), Defendants Federal Service Impasses Panel (the "Panel") and the Panel Chairman,[1] and Intervenor-Defendant Social Security Administration (SSA) submit this joint status report as to whether any developments have led to the resumption of underlying collective-bargaining negotiations among the parties or otherwise might affect consideration of this case. The parties are not aware of any such developments, but the Federal Labor Relations Authority's May 21, 2020 stay of the underlying Panel decision, *see* Status Report, ECF No. 38, remains in effect pending resolution of this case.

---

[1] Mark Carter resigned from the Panel on February 2, 2021. No replacement has yet been named for him. The Panel will promptly notify the Court when a new Panel Chairman is named, and that person will be automatically substituted for Former Chairman Carter pursuant to Fed. R. Civ. P. 25(d).

Dated: February 25, 2021                    Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Kyla M. Snow*
KYLA M. SNOW
Ohio Bar No. 96662
Trial Attorney
U.S. Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Email: kyla.snow@usdoj.gov
Phone: (202) 514-3259
Fax: (202) 616-8460

*Counsel for the Social Security Administration*

*/s/ Noah Peters*
NOAH PETERS (#1023748)
Solicitor

REBECCA J. OSBORNE
Deputy Solicitor

SARAH C. BLACKADAR
Attorney
Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Phone: (202) 218-7908
Fax: (202) 343-1007

*Counsel for the Federal Service Impasses Panel and the Panel Chairman*

*/s/ Deepak Gupta*
DEEPAK GUPTA (#495451)
Gupta Wessler PLLC
1900 L St. NW, Suite 312
Washington, DC 20036

3

Phone: (202) 888-1741
Email: deepak@guptawessler.com

NEIL K. SAWHNEY
Gupta Wessler PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 573-0336
Email: neil@guptawessler.com

*Counsel for the Association of Administrative Law Judges*

3